BRIAN C. LEIGHTON, CA BAR # 090907
Attorney at Law
701 Pollasky Avenue
Clovis, California 93612
Telephone: (559) 297-6190
Facsimile: (559) 297-6194
E-mail: kbarker@arrival.net

Attorney for LION RAISINS, INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| LION RAISINS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, <br><br> Defendant. | CASE NO. CV-F-02-5064 JKS/DLB <br><br> **STIPULATION AND ORDER CONTINUING SUMMARY JUDGMENT BRIEFING SCHEDULE** <br><br> DATE:   TBA <br> TIME:   TBA <br> CTRM:  TBA <br><br> COMPLAINT FILED: 01/14/02 |

   The parties, through their respective counsel of record, hereby stipulate, at the request of Plaintiff, subject to the approval of the Magistrate Judge, as follows:

   Plaintiff filed its motion for summary judgment on or about February 24, 2005. Defendant filed its opposition to Plaintiff's motion and its Cross-motion for summary judgment on May 16, 2005.

   Plaintiff's counsel, a sole practioner, has a scheduled and paid for vacation planned for the week of June 4 through June 12, 2005. Therefore Plaintiff's counsel has respectively requested Defendant's counsel for a continuance of the remaining dates.

   1.   Plaintiff's opposition to Defendant's Cross-Motion for Summary Judgment and Reply to Defendant's opposition to Plaintiff's motion for summary judgment is currently due on June 6, 2005. However the parties hereby stipulate that the Plaintiff's opposition to Defendant's Cross-Motion for

1  Summary Judgment and Reply to Defendant's opposition to Plaintiff's motion for summary judgment
2  is now due on or before July 6, 2005.
3      2.      Defendant's reply to Plaintiff's opposition to Defendant's cross-Motion for Summary
4  Judgment is currently due on June 20, 2005.  Defendant's reply to Plaintiff's opposition to Defendant's
5  cross-Motion for Summary Judgment is now due on or before July 27, 2005.
6  Dated: June 2, 2005

        /s/ BRIAN C. LEIGHTON
BRIAN C. LEIGHTON, Attorney for
LION RAISINS, INC.

Dated: June 2, 2005

McGREGOR W. SCOTT
United States Attorney

        /s/ YOSHINORI T. HIMEL
YOSHINORI T. HIMEL,
Assistant United States Attorney

## ORDER

It is APPROVED and SO ORDERED.

DATED: 6/2/05

UNITED STATES DISTRICT JUDGE