1  BRIAN C. LEIGHTON, CA BAR # 090907
   Attorney at Law
2  701 Pollasky Avenue
   Clovis, California  93612
3  Telephone: (559) 297-6190
   Facsimile:  (559) 297-6194
4  E-mail: kbarker@arrival.net

5  Attorney for LION RAISINS, INC.

6

7

8              **UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF CALIFORNIA**
9

10

11 LION RAISINS, INC.,                )       CASE NO. 1: 02 CV 5064 JKS/DLB
                                      )
12          Plaintiff,                )       **STIPULATION AND ORDER
                                      )       CONTINUING SUMMARY
13     v.                             )       JUDGMENT BRIEFING
                                      )       SCHEDULE**
14 UNITED STATES DEPARTMENT OF        )
   AGRICULTURE,                       )
15                                    )       DATE:    TBA
            Defendant.                )       TIME:    TBA
16 _____  )       CTRM:    TBA

17                                            COMPLAINT FILED: 01/14/02

18         The parties, through their respective counsel of record, hereby stipulate, at the request of

19 Plaintiff, subject to the approval of the Magistrate Judge, as follows:

20         Plaintiff filed its motion for summary judgment on or about February 24, 2005.  Defendant filed

21 its opposition to Plaintiff's motion and its Cross-motion for summary judgment on May 16, 2005.

22         Plaintiff's counsel, a sole practioner, has a scheduled and paid for vacation planned for the week

23 of June 4 through June 12, 2005.  Therefore Plaintiff's counsel has respectively requested Defendant's

24 counsel for a continuance of the remaining dates.

25         1.      Plaintiff's opposition to Defendant's Cross-Motion for Summary Judgment and Reply

26 to Defendant's opposition to Plaintiff's motion for summary judgment is currently due on June 6, 2005.

27 However the parties hereby stipulate that the Plaintiff's opposition to Defendant's Cross-Motion for

28

---

**STIPULATION AND ORDER CONTINUING SUMMARY
JUDGMENT BRIEFING SCHEDULE**                    1

Summary Judgment and Reply to Defendant's opposition to Plaintiff's motion for summary judgment is now due on or before July 6, 2005.

2. Defendant's reply to Plaintiff's opposition to Defendant's cross-Motion for Summary Judgment is currently due on June 20, 2005. Defendant's reply to Plaintiff's opposition to Defendant's cross-Motion for Summary Judgment is now due on or before July 27, 2005.

Dated: June 2, 2005

      /s/ BRIAN C, LEIGHTON
BRIAN C. LEIGHTON, Attorney for
LION RAISINS, INC.

Dated: June 2, 2005

McGREGOR W. SCOTT
United States Attorney

  /s/ YOSHINORI T. HIMEL
YOSHINORI T. HIMEL,
Assistant United States Attorney

## ORDER

It is APPROVED and

IT IS SO ORDERED.

**Dated:   June 3, 2005**            **/s/ Dennis L. Beck**
3b142a                              UNITED STATES MAGISTRATE JUDGE