1  BRIAN C. LEIGHTON, CA BAR # 090907
   Attorney at Law
2  701 Pollasky Avenue
   Clovis, California  93612
3  Telephone: (559) 297-6190
   Facsimile:  (559) 297-6194
4  E-mail: kbarker@arrival.net

5  Attorney for LION RAISINS, INC.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| LION RAISINS, INC., | CASE NO. 1: 02 CV 5064 JKS/DLB |
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS [LOCAL RULE 83-182(g)] AND ORDER THEREON** |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | |
| Defendant. | |

**TO:   LION RAISINS, INC., THE UNITED STATES DEPARTMENT OF AGRICULTURE,**

**ITS ATTORNEY OF RECORD HEREIN, AND THE COURT**

PLEASE TAKE NOTICE that Plaintiff, LION RAISINS, INC., a California corporation, hereby substitutes attorney Wesley T. Green, Corporate Counsel of Lion Raisins, Inc., whose address and telephone number are 9500 S. DeWolf, Selma, California, 93622; (559) 834-6677; Facsimile (559) 834-6622; email address wgreen@lionraisins.com  in place of BRIAN C. LEIGHTON of the Law Offices of Brian C. Leighton, 701 Pollasky Avenue, Clovis, CA.

DATED:     July 22, 2005                    LION RAISINS, INC.


                                            /S/  BRUCE LION
                                            BRUCE LION, Vice President

---

SUBSTITUTION OF ATTORNEYS [LOCAL RULE 83-182(g)]
AND ORDER THEREON                    1

1 **I ACCEPT THE ABOVE SUBSTITUTION**.   WESLEY T. GREEN

2
3 DATED:   July 22, 2005        /S/  WESLEY T. GREEN
                                WESLEY T. GREEN, Attorney

4
5 **I AGREE TO THE ABOVE SUBSTITUTION AND RELINQUISH ALL REPRESENTATION**.

6                                LAW OFFICES OF BRIAN C. LEIGHTON

7
8 DATED:   July 7, 2005         /S/   BRIAN C. LEIGHTON
                                BRIAN C. LEIGHTON, Attorney

9
10                          **ORDER**

11     IT IS SO ORDERED.

12 DATED: July 28, 2005           **/s/ Dennis L. Beck**
                                  **U.S. Magistrate Judge**

13
14
...
28

**SUBSTITUTION OF ATTORNEYS [LOCAL RULE 83-182(g)]**
**AND ORDER THEREON**          2