IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LION RAISINS, INC.,<br><br>           Plaintiff,<br>vs.<br><br>UNITED STATES DEPARTMENT OF<br>AGRICULTURE,<br><br>           Defendant. | Case No. CV F-02-5064 (JKS)<br><br><br><br>**JUDGMENT**<br>**IN A CIVIL CASE** |

\_\_\_     **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_     **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendant.

APPROVED:

      /s/ James K. Singleton
**JAMES K. SINGLETON, JR.**
United States District Judge

      September 22, 2005
                  Date

**JACK L. WAGNER**

                                Clerk

(By) Deputy Clerk

C:\WINDOWS\Temp\notes4BF954\F-02-5064.jmt.frm